**Electronically Filed
Supreme Court
SCPW-25-0000827
20-FEB-2026
02:02 PM
Dkt. 20 ODDP**

SCPW-25-0000827

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JARED JAMES, Petitioner,

vs.

THE HONORABLE SHIRLEY M. KAWAMURA,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

PATRICK J. OʼDONNELL, M.D.; SUSAN TAN, M.D.; SELENA PETERS,
M.D.; MERLA TAKENAKA RN; KAPIOLANI MEDICAL SPECIALISTS;
KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN;
and HAWAII PACIFIC HEALTH, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-21-0000683)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: McKenna, Acting C.J., Eddins, and Devens, JJ.,
Circuit Judge Cahill, in place of Ginoza, J., recused,
and Circuit Judge Holma, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus,
filed November 17, 2025, and the record, Petitioner has not
demonstrated a clear and indisputable right to relief, nor a
lack of alternatives to obtain the relief sought. See Womble

<u>Bond Dickinson (US) LLP v. Kim</u>, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

It is also ordered that the motion for stay is denied as moot.

DATED:  Honolulu, Hawai'i, February 20, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Peter T. Cahill

/s/ Karin L. Holma